**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-1634**

———————

VIRGINIA C. RABON,

                                        Plaintiff - Appellant,

        versus

KENNETH S. APFEL, Commissioner of Social Security,

                                        Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  David C. Norton, District Judge.
(CA-98-705-6)

———————

Submitted:  August 5, 1999          Decided:  August 10, 1999

———————

Before MURNAGHAN and MOTZ, Circuit Judges, and BUTZNER, Chief
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Virginia C. Rabon, Appellant Pro Se.  Carol S. Prescott, SOCIAL
SECURITY ADMINISTRATION, Denver, Colorado, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Virginia C. Rabon appeals the district court's order affirming the Commissioner of Social Security's decision denying her application for disability insurance benefits. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Rabon v. Apfel, No. CA-98-705-6 (D.S.C. Apr. 23, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2